**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPLASH NEWS AND PICTURE AGENCY, LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>BEN TAVERNITI, and DOES 1 through 10,<br><br>     *Defendants*. | Case No.: 2:17-cv-08321 PSG (KSx)<br><br>*Hon. Phillip S. Gutierrez*<br><br>**FINAL JUDGMENT AND INJUNCTION** |

In accordance with the order granting Plaintiff Splash News and Picture Agency, LLC's application for default judgment against Defendant Ben Taverniti, it is hereby ORDERED and ADJUDGED that:

1. Defendant must pay damages to Plaintiff in the total amount of $40,416.50, as follows:

    a. The principal amount of $30,000, as statutory damages under 17 U.S.C. § 504, for infringement of Plaintiff's copyright in a photograph

    b. The principal amount of $5,000, under 17 U.S.C. § 1202, for unauthorized removal of copyright management information on the Image;

c. Costs, under 17 U.S.C. § 505, including reasonable attorney fees, in

the total amount of $~~5,416.50~~; $4,066.50 PSG

d. Post-judgment interest is to accrue at the rate of ____ 2.69% per annum, in

accordance with 28 U.S.C. § 1961, from the date of entry of this

Judgment until the judgment amount and all accrued interest is paid

in full;

2. Defendant and his agents, servants, employees, partners, successors, and

assigns, and all those acting directly or indirectly in concert or participation

with any of them, are permanently enjoined from infringing, directly or

indirectly, the exclusive rights of Plaintiff and its affiliates under the

Copyright Act, including but not limited to direct copyright infringement,

inducement to infringe copyrights, contributory copyright infringement, and

vicarious copyright infringement.

3. The Court retains jurisdiction of this matter for the purpose of enforcing the

terms of this Judgment.

Dated: 12/18/18

_____

Phillip S. Gutierrez
United States District Judge

2

JUDGMENT