E-FILED
DEC 2 0 2018
Document # _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLASH NEWS AND PICTURE AGENCY, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>BEN TAVERNITI, and DOES 1 through 10,<br><br>    *Defendants*. | Case No.: 2:17-cv-08321 PSG (KSx)<br><br>Hon. Phillip S. Gutierrez<br><br>Amended<br>**FINAL JUDGMENT AND INJUNCTION** |

In accordance with the order granting Plaintiff Splash News and Picture Agency, LLC's application for default judgment against Defendant Ben Taverniti, it is hereby ORDERED and ADJUDGED that:

1. Defendant must pay damages to Plaintiff in the total amount of $~~40,416.50~~, 39,066.50 as follows:

    a. The principal amount of $30,000, as statutory damages under 17 U.S.C. § 504, for infringement of Plaintiff's copyright in a photograph

    b. The principal amount of $5,000, under 17 U.S.C. § 1202, for unauthorized removal of copyright management information on the Image;

1

    c. Costs, under 17 U.S.C. § 505, including reasonable attorney fees, in the total amount of $~~5,416.50~~; 4,066.50

    d. Post-judgment interest is to accrue at the rate of 2.69/ per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Judgment until the judgment amount and all accrued interest is paid in full;

2. Defendant and his agents, servants, employees, partners, successors, and assigns, and all those acting directly or indirectly in concert or participation with any of them, are permanently enjoined from infringing, directly or indirectly, the exclusive rights of Plaintiff and its affiliates under the Copyright Act, including but not limited to direct copyright infringement, inducement to infringe copyrights, contributory copyright infringement, and vicarious copyright infringement.

3. The Court retains jurisdiction of this matter for the purpose of enforcing the terms of this Judgment.

Dated: 12/20/18

_[signature]_
Phillip S. Gutierrez
United States District Judge